FILED
ASHEVILLE, NC
DEC 27 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON LEE NALLEY | DOCKET NO. 1:22-CR-93-MR<br><br>**ORDER TO UNSEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that the request should be allowed for the reasons stated in the Motion,

NOW, THEREFORE, IT IS ORDERED that the Government's Motion is **GRANTED** and the clerk is respectfully directed to **UNSEAL** the Bill of Indictment in the above-captioned case.

This the 27th day of December, 2022.

THE HONORABLE W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA